

ORIGINAL

FILED

09/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0277

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0277

IN RE THE MARRIAGE OF:

BRANDY J. PERSOMA,

      Petitioner and Appellant,

and

TYLER S. PERSOMA,

      Respondent and Appellee.

FILED

SEP 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Brandy J. Persoma has filed a motion for a 30-day extension of time within which to file her opening brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's opening brief shall be filed on or before October 29, 2020.

DATED this 25th day of September, 2020.

For the Court,

By _____

Chief Justice